IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN LEWIS                                          PETITIONER

v.                        No. 3:22-cv-92-DPM

MARTY BOYD, Sheriff,
Craighead County, Arkansas                         RESPONDENT

## ORDER

     The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 19*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's motion for hearing, *Doc. 16*, and motion to appoint a lawyer, *Doc. 17*, are denied. His petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

     So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022