IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN LEWIS                                                              PETITIONER

v.                            No. 3:22-cv-92-DPM

MARTY BOYD, Sheriff,
Craighead County, Arkansas and
STATE OF ARKANSAS                                              RESPONDENT

## JUDGMENT

Lewis's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022